– 1 –

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLGA FOLTZ,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>MINNESOTA LIFE INSURANCE COMPANY; and DOES 1 through 25, inclusive,<br><br>　　　　　　Defendant. | No.: 1:10-cv-02414-LJO-DLB<br><br>**ORDER GRANTING STIPULATION TO CONTINUE INITIAL SCHEDULING CONFERENCE**<br><br>Honorable Lawrence J. O'Neill<br><br>Compl. Filed:  July 20, 2010<br>Compl. Removed:  December 30, 2010<br>Trial Date:  None set |

1  Based on the stipulation between Plaintiff Olga Foltz ("Plaintiff") and
2  Defendant Minnesota Life Insurance Company ("Minnesota Life") (collectively, the
3  "Parties"), and good cause appearing therefore, this Court hereby continues the Initial
4  Scheduling Conference set for 9:15 a.m. on March 1, 2011 to 9:15 a.m. on April 11,
5  2011 at 9:15 am.

IT IS SO ORDERED.

Dated:  **February 18, 2011**           /s/ *Dennis L. Beck*
                                  UNITED STATES MAGISTRATE JUDGE