UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLGA FOLTZ,<br><br>            Plaintiff,<br><br>     vs.<br><br>MINNESOTA LIFE INSURANCE COMPANY; and DOES 1 through 25, inclusive,<br><br>            Defendant. | No.: 1:10-cv-02414-LJO-DLB<br><br>**ORDER GRANTING STIPULATION TO CONTINUE INITIAL SCHEDULING CONFERENCE**<br><br>Scheduling Conference Date:<br>May 16, 2011 at 9:15 a.m.<br>Courtroom 9 |

1  Based on the stipulation between Plaintiff Olga Foltz ("Plaintiff") and
2  Defendant Minnesota Life Insurance Company ("Minnesota Life") (collectively, the
3  "Parties"), and good cause appearing therefore, this Court hereby continues the Initial
4  Scheduling Conference set for 9:15 a.m. on April 11, 2011 to 9:15 a.m. on May 16,
5  2011.

IT IS SO ORDERED.

Dated:   **March 23, 2011**          /s/ *Dennis L. Beck*
                                    UNITED STATES MAGISTRATE JUDGE