– 1 –

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLGA FOLTZ,<br><br>    Plaintiff,<br><br>vs.<br><br>MINNESOTA LIFE INSURANCE COMPANY; and DOES 1 through 25, inclusive,<br><br>    Defendant. | No.: 1:10-cv-02414-LJO-DLB<br><br>**ORDER GRANTING STIPULATION TO CONTINUE INITIAL SCHEDULING CONFERENCE**<br><br>Honorable Lawrence J. O'Neill<br><br>Compl. Filed: July 20, 2010<br>Compl. Removed: December 30, 2010<br>Trial Date: None set |

Based on the stipulation between Plaintiff Olga Foltz ("Plaintiff") and Defendant Minnesota Life Insurance Company ("Minnesota Life") (collectively, the "Parties"), and good cause appearing therefore, this Court hereby continues the Initial Scheduling Conference set for 9:15 a.m. on May 16, 2011 to 9:15 a.m. on June 27, 2011 to allow the Parties time to finalize the settlement agreement and file a stipulation of dismissal of the action with prejudice.

IT IS SO ORDERED.

Dated: **April 30, 2011**     /s/ *Dennis L. Beck*
UNITED STATES MAGISTRATE JUDGE