# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLGA FOLTZ, | CASE NO. CV F 10-2414 LJO DLB |
| Plaintiff, | **ORDER TO DISMISS AND TO CLOSE ACTION** |
| vs. | (Doc. 19.) |
| MINNESOTA LIFE INSURANCE COMPANY, | |
| Defendant. | |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES with prejudice this entire action;

2. VACATES all pending matters, including the June 27, 2011 scheduling conference; and

3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   June 1, 2011**              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

1